JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JUICE IT UP FRANCHISE CORPORATION, a California corporation, doing business as JUICE IT UP<br><br>Plaintiff and Counter-Defendant,<br><br>v.<br><br>DHIRAJ BUDHRAJA, an individual; KIRAN BUDHRAJA, an individual.,<br><br>Defendants.<br>AND RELATED COUNTER-CLAIM | CASE NO. SACV 07-00678-CJC (MLGx)<br><br>**[PROPOSED] JUDGMENT AND PERMANENT INJUNCTION**<br><br>Dept.:<br>Judge:    Hon. Cormac J. Carney<br><br>Complaint Filed: June 8, 2007<br>Trial Date: October 28, 2008 |

Plaintiff and Counter-Defendant Juice it Up Franchise Corporation's ("Juice it Up") Motion for Summary Judgment, or in the Alternative, for Partial Summary Judgment as to its First Amended Complaint against defendants Dhiraj Budhraja and Kiran Budhraja, and the evidence presented having been fully considered by this court, Hon. Cormac J. Carney, District Judge Presiding, the issue having been duly heard and a decision having been duly rendered; AND,

Juice it Up's Motion for Summary Judgment on the counterclaim of Dhiraj Budhraja ("Budhraja") and the evidence presented having been fully considered by this court, Hon. Cormac J. Carney, District Judge Presiding, the issue

having been duly heard and a decision having been duly rendered; AND,

**IT IS ORDERED, ADJUDGED AND DECREED** as follows:

1. That defendant Dhiraj Budhraja and all of his agents, servants, assigns and those acting in concert with him are permanently enjoined and must:

   A. Refrain from using in commerce, or facilitating the use in commerce of, the following trademarks of Juice it Up:

| Mark | Registration Number | Goods and Services |
|---|---|---|
| JUICE IT UP! (Word Mark) | Reg. No. 2857441 | Restaurant services providing fruit and vegetable juices and juice smoothies |
| JUICE IT UP (Word Mark) | Reg. No. 2857440 | Restaurant services providing fruit and vegetable juices and juice smoothies |
| LIVE LIFE JUICED (Word Mark) | Reg. No. 2901821 | Restaurant services providing fruit and vegetable juices and juice smoothies |
| JUMPIN JAVA (Word Mark) | Reg. No. 2970071 | Coffee; coffee-based beverages containing milk |
| STRAWBERRY WAVE (Word Mark) | Reg. No. 2925349 | Smoothies |
| BANANA RAMA (Word Mark) | Reg. No. 2923411 | Smoothies |
| SEABREEZE SQUEEZE (Word Mark) | Reg. No. 2923412 | Smoothies |
| BIG BERRY COMBO (Word Mark) | Reg. No. 2927962 | Smoothies |

| Mark | Registration Number | Goods and Services |
|---|---|---|
| RASBERRY CRAZE (Word Mark) | Reg. No. 2927963 | Smoothies |
| CONGO LIME (Word Mark) | Reg. No. 3027739 | Smoothies |
| LUCKY LEMON PUNCH (Word Mark) | Pending; Serial No. 78768037 | Smoothies |
| TROPICAL TANGO (Word Mark) | Reg. No. 3186432 | Smoothies |
| PINEAPPLE PUNCH (Word Mark) | Pending; Serial No. 78768046 | Smoothies |
| PASSION PUNCH (Word Mark) | Pending; Serial No. 78768044 | Smoothies |
| LAVA FLOW (Word Mark) | Reg. No. 3158664 | Smoothies |
| Blender (Design Mark) | Reg No. 3034421 | Restaurant services providing fruits and vegetable juices and juice smoothies |
| JUICE IT UP! LIVE LIFE JUICED (Word and Design Mark) | Reg. No. 2868682 | Restaurant services providing fruits and vegetable juices and juice smoothies |
| JUICE IT UP! (Word and Design Mark) | Reg. No. 2903470 | Restaurant services providing fruits and vegetable juices and juice smoothies |
| JUICE IT UP! SMOOTHIE JUICES | Reg. No. 2905129 | Restaurant services providing fruits and vegetable juices and |

| **Mark** | **Registration Number** | **Goods and Services** |
|---|---|---|
| (Word and Design Mark) | | juice smoothies |
| JUICE IT UP! THE HEALTHY WAY (Word and Design Mark) | Reg. No.2210602 | Restaurant services providing fruits and vegetable juices and juice smoothies |
| Connecting Circles (Design Mark) | Reg. No. 2920735 | Restaurant services providing fruits and vegetable juices and juice smoothies |

(Herein the above trademarks will collectively be referred to as the "Juice it Up Marks.");

B. Refrain from using the Juice it Up Marks, or any colorable imitations thereof, or any other mark, trade name, logo or design that falsely represents that, or is likely to confuse, mislead, or deceive purchasers, Juice it Up's customers, or members of the public that goods and/or services distributed, advertised, sold and/or offered for sale by Defendant originates from Juice it Up, or that such goods and/or services have been sponsored, approved, or licensed by or associated with Juice it Up or are in some way connected or affiliated with Juice it Up;

C. Refrain from engaging in any acts of federal, state, or common law trademark infringement, trademark dilution, false designation of origin, or unfair competition that would damage or injure Juice It Up;

D. Refrain from using Juice It Up's name in solicitation of fruit beverages;

E. Refrain from using Juice It Up's recipes that create Juice It Up's fruit beverages;

F. Refrain from using Juice It Up's menus, slogans, and signs; and

1        G.     Refrain from participating or assisting in any of the above
2 activities.
3        2.     That Juice it Up recover damages from defendants Dhiraj Budhraja and
4 Kiran Budhraja in the amount of $10,186.
5        3.     That counter claimant Dhiraj Budhraja take nothing on his counterclaim
6 and that the counterclaim be dismissed on the merits; and
7        4.     That Juice it Up recover from defendants Dhiraj Budhraja and Kiran
8 Budhraja its costs, including attorneys' fees, in the sum of $_____.

10 DATED: August 25, 2008           _____
11                                                  Hon. Cormac J. Carney

PRINTED ON RECYCLED PAPER