**CORFIELD FELD LLP**
Michael A. Corfield (CBN 138174)
30320 Rancho Viejo Road, Suite 101
San Juan Capistrano, CA 92675
Telephone: (949) 218-7812
Facsimile: (949) 218-7815
mcorfield@corfieldlaw.com

*Attorneys for Plaintiff,*
Juice It Up Franchise Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| JUICE IT UP FRANCHISE CORPORATION, a California Corporation, doing business as JUICE IT UP,<br><br>Plaintiff and Counter-Defendant,<br><br>v.<br><br>DHIRAJ BUDHRAJA, an individual; KIRAN BUDHRAJA, an individual,<br><br>Defendants. | CASE NO. SACV 07-00678-CJC (MLGx)<br><br>[~~PROPOSED~~] ORDER FOR RENEWAL OF JUDGMENT |

The judgment debtors DHIRAJ BUDHRAJA and KIRAN BUDHRAJA having a judgement entered against them on October 8, 2008 under Case Number CASE NO. SACV 07-00678-CJC (MLGx) and has not been renewed.

---

[Proposed]Order For Renewal of Judgement

NOW, upon application of JUICE IT UP FRANCHISE CORPORATION dba JUICE IT UP and upon declaration that DEFENDANT has failed to pay the total amount of said judgment; and that DEFENDANT is indebted to JUICE IT UP.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment against DEFENDANTS, be renewed for an audit and in the amount of $162,771.41 which is broken down as follows:

**Renewal of Money Judgment:**

| | |
|---|---|
| Actual Damages: | $10,186.00 |
| Costs: | $134,217.31 |
| Post Judgment Interest: | $18,525.36 |
| Total Renewed Judgment: | $162,928.67 |

DATED: 11/17/2016

*Lori Wagers*

~~UNITED STATES DISTRICT JUDGE~~
Deputy Clerk

Presented by: CORFIELD FELD LLP

By: *Michael A. Corfield*
Michael A. Corfield
Attorney for Plaintiff

[Proposed] Order For Renewal of Judgement